ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 23 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| v. | |
| TERRANCE LOCKETT | No. 1:25-CR-0413 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
**(Conspiracy)**

1. Beginning on a date unknown, but from in or about January 2017, and continuing through at least in or about September 2021, in the Northern District of Georgia and elsewhere, the defendant, TERRANCE LOCKETT, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with Barbara Furlow-Smiles, to knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, and for the purpose of executing the scheme, with the intent to defraud, to cause the transmission of interstate wire communications, in violation of Title 18, United States, Code, Section 1343.

**Background**

At times relevant to this Information:

2. Facebook, Inc., was an American multinational technology company based in Menlo Park, California. In or about October 2021, Facebook, Inc. changed its company name to Meta Platforms, Inc., doing business as Meta. Meta owns and operates Facebook, Instagram, Threads, and WhatsApp, among other products and services. Facebook is an online social media and social networking service, which can be accessed using the Internet. Meta is one of the largest technology companies in the United States.

3. Barbara Furlow-Smiles was Lead Strategist, Global Head of Employee Resource Groups and Diversity Engagement at Facebook, Inc., hereinafter referred to as Facebook. She led Diversity, Equity, and Inclusion (DEI) programs at Facebook and was responsible for developing and executing DEI initiatives, operations, and engagement programs.

4. In her position as a program manager, Furlow-Smiles was given company credit cards that were supposed to be used only for legitimate corporate expenses, such as paying vendors to provide goods and services for diversity events. She also had the authority to submit purchase requisitions and approve invoices for authorized vendors of Facebook.

5. Defendant LOCKETT was a resident of College Park, Georgia, in the Northern District of Georgia. He met Furlow-Smiles in or about 2013 when they ran intern programs at a corporation in Atlanta, Georgia.

6. In or about June 2019, defendant LOCKETT started a podcast called the "Officially Outed Podcast," as part of his Officially Outed Media business. On or

about June 18, 2020, defendant LOCKETT registered Officially Outed Media, LLC, with the Georgia Secretary of State.

### Manner and Means

7. Defendant LOCKETT conspired with Furlow-Smiles to fraudulently obtain approximately $243,695.81 from Facebook. Furlow-Smiles used her position to cause Facebook to pay defendant LOCKETT for services that were not provided to the company. Defendant LOCKETT paid kickbacks to Furlow-Smiles by returning a substantial portion of the fraudulent proceeds that he received from Facebook to her.

8. In furtherance of the scheme, Furlow-Smiles linked PayPal, Venmo, and Cash App accounts to the credit cards that Facebook provided her for work-related expenses. Using these accounts, she paid friends, relatives, and other associates, including defendant LOCKETT, for goods and services purportedly provided to Facebook, when in fact the good and services were never provided. These transactions resulted in fraudulent charges on Furlow-Smiles's Facebook credit cards. Between in or about October 2017 and in or about February 2019, defendant LOCKETT received more than $58,000 in payments based on such fraudulent credit card charges.

9. To conceal the scheme, Furlow-Smiles submitted fraudulent expense reports to Facebook in support of the bogus credit card charges. In these reports, she falsely claimed that defendant LOCKETT and his business, Officially Outed

Media, along with others, provided services to Facebook for various programs and events, when in fact they had not.

10. In addition to using her corporate credit cards to obtain fraudulent proceeds, Furlow-Smiles also caused Facebook to onboard several vendors that were owned and operated by friends and associates who paid her kickbacks. In or about June 2020, Furlow-Smiles caused Facebook to approve Officially Outed Media, owned by defendant LOCKETT, as a vendor, along with his Officially Outed Podcast, to perform services for Facebook.

11. After Officially Outed Media became an approved vendor, Furlow-Smiles approved purchase requisitions for Officially Outed Media purportedly to order services from it on behalf of Facebook. Once she approved the requisitions, Facebook generated purchase orders for Officially Outed Media.

12. Defendant LOCKETT received and approved the fraudulent purchase orders from Facebook. Furlow-Smiles then approved fraudulent and inflated invoices to charge against the purchase orders for work that was not provided. Facebook paid the invoices once she approved them. Between in or about July 2020 and September 2021, defendant LOCKETT received more than $185,000 based on these fraudulent invoices.

13. After defendant LOCKETT received fraudulent payments from Facebook, he kicked back substantial sums to Furlow-Smiles. Defendant LOCKETT paid these kickbacks in cash and through transfers to accounts held in the names of Furlow-Smiles's husband and others. In some instances, after defendant

LOCKETT withdrew Facebook money from ATMs, he paid cash kickbacks to Furlow-Smiles in person.

14. In total, defendant, defendant LOCKETT and Furlow-Smiles stole approximately $243,695.81 from Facebook based on fictitious charges and fraudulent invoices submitted to the company.

## Overt Acts

15. In furtherance of the conspiracy, and to effect the objects and purposes thereof, defendant LOCKETT and Furlow-Smiles committed overt acts within the Northern District of Georgia. Among other overt acts, on or about August 23, 2021, Furlow-Smiles caused Facebook to pay Officially Outed Media approximately $23,500 based on a fraudulent invoice for work related to a Global Prode Initiative project that was not performed. After receipt of the payment, defendant LOCKETT returned a portion of the fraudulent proceeds to Furlow-Smiles.

All in violation of Title 18, United States Code, Section 371.

## Forfeiture Provision

16. Upon conviction of the sole offense alleged in this Criminal Information, the defendant, TERRANCE LOCKETT, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the sole offense alleged in this Criminal Information.

17. If, as a result of any act or omission of defendant LOCKETT, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred to, sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property, which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of other property of the defendant up to the value of the forfeitable property.

THEODORE S. HERTZBERG
*United States Attorney*

*/s/ S.H.M.*

STEPHEN H. MCCLAIN
*Assistant United States Attorney*
Georgia Bar No. 143186

*/s/ Bernita B. Malloy*

BERNITA B. MALLOY
*Assistant United States Attorney*
Georgia Bar No. 718905

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181